§Prob12B
(7/93)

# United States District Court
## for the Northern District of New York

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano                    Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months; lifetime supervised release

Type of Supervision: supervised release          Date Supervision Commenced: July 29, 2014

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

**Add:**
The defendant shall perform Forty (40) hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

## CAUSE

On June 17, 2015, the offender submitted to a polygraph examination which returned as deceptive. During a post examination interview, the offender reported to U.S. Probation his possession and use of two adult pornographic videos. Subsequently, on June 17, 2015, during a home contact at the offender's residence the following items were seized as contraband: the reported pornographic DVD's; an unauthorized folding pocket knife; and an unauthorized non internet cell phone which had not been reported to U.S. Probation.

Approved by:                                        Respectfully submitted,

*/s/ Jay P. Driscoll*                          by   */s/ Edward Cardinal*
Jay Driscoll                                        Edward Cardinal
Supervising U.S. Probation Officer                  Senior U.S. Probation Officer

                                                    Date: 7/7/2015

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

                                                    */s/ Norman A. Mordue*
                                                    Signature of Judicial Officer

                                                    July 9, 2015
                                                    Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform Forty (40) hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

Witness: _____   Signed: _____
U.S. Probation Officer                              Supervised Releasee

_____
6-30-15
Date