§Prob12B
(7/93)

# United States District Court
## for the Northern District of New York
### Request for Modifying the Conditions or Term of Supervision
#### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano                                       Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months; lifetime supervised release

Type of Supervision: supervised release                Date Supervision Commenced: July 29, 2014

---

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

**Add:**   The defendant shall serve Two (2) months in home detention, commencing on a date and under conditions to be set by the probation officer. Location and/or participating technology may be used to monitor the defendant's compliance. If such a system is used the defendant shall pay all costs associated with the use of this system according to his or her ability to pay as determined by the probation officer.

**CAUSE**

The offender participates in the U.S. Probation Computer Monitoring Program. A review of the offender's data on his computer discovered he accessed pornography on the dating sites, "Backpage" and "Casual dating," on January 15, 2016, January 18, 2016, January 20, 2016 and January 21, 2016. The offender confirmed his accessing the sites and viewing the pornography. In addition to the above noted response regarding a modification of conditions, the offender's course of sex offender treatment will now include individual therapy sessions along with the ongoing group therapy. Lastly, the offender has prepared a safety plan for his computer use which includes using the internet during limited hours as well as a list of healthy productive tasks he will be completing on the computer.

Approved by:                                                                         Respectfully submitted,

*(signature)*                                                                         *(signature)*
Jay Driscoll                                                                          Edward Cardinal
Supervising U.S. Probation Officer                                                    Senior U.S. Probation Officer

                                                                                     Date: February 3, 2016

---

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*(signature)*
Norman A. Mordue
Senior U.S. District Judge

February 4, 2016
Date