§Prob12B
(7/93)

# United States District Court
## for the Northern District of New York
### Request for Modifying the Conditions or Term of Supervision
#### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano                           Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months imprisonment; lifetime supervised release

Type of Supervision: supervised release         Date Supervision Commenced: July 29, 2014

---

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

**Add:**

1.  The defendant shall refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

2.  The defendant shall comply with a curfew for a period of Two (2) months, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor the defendant's compliance. If such a system is used the defendant shall pay all costs associated with the use of this system according to his or her ability to pay as determined by the probation officer.

3.  Do not enter, remain in, or patronize any establishment whose business or purpose is the provision or sale of alcoholic beverages for on-site consumption, including, but not limited to bars, taverns, lounges, and nightclubs. This prohibition applies to the bar section of any restaurant.

**CAUSE**

On May 11, 2016 Mr. Deschano participated in a computer voice stress test. During a post test interview he disclosed engaging in risk related sexual behavior which included masturbating in a public bathroom (discreetly), having sex with a stranger in the bathroom of a bar and having sex with a woman one time after meeting her at a bar and consuming alcohol. In addition, to the above noted modifications, the offender has solicited further assistance from his sex offender treatment provider in an effort to curtail his sexual preoccupation. The offender has commenced maintaining a journal, is trying to refrain from risk related sexual contact and he requested individual therapy.

Approved by:                                                Respectfully submitted,

_____                                     _____
Jay Driscoll                                                Edward Cardinal
Supervising U.S. Probation Officer                          Senior U.S. Probation Officer

                                                            Date: May 26, 2016

Prob 12B - 2 - Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Robert Deschano

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

June 6, 2016
_____
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

2. The defendant shall comply with a curfew for a period of two (2) months, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor the defendant's compliance. If such a system is used the defendant shall pay all costs associated with the use of this system according to his or her ability to pay as determined by the probation officer.

3. Do not enter, remain in, or patronize any establishment whose business or purpose is the provision or sale of alcoholic beverages for on-site consumption, including, but not limited to bars, taverns, lounges, and nightclubs. This prohibition applies to the bar section of any restaurant.

Witness: _____        Signed: _____
U.S. Probation Officer                              Supervised Releasee

5-25-16
Date