§Prob12B1.
(7/93)

# United States District Court
## for the Northern District of New York
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano　　　　　　　　Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months imprisonment; lifetime supervised release

Type of Supervision: supervised release　　　　Date Supervision Commenced: July 29, 2014

---

**PETITIONING THE COURT**

[ ]　To extend the term of supervision for years, for a total term of years.
[X]　To modify the conditions of supervision as follows:

**Add:**　The defendant shall be committed to serve six (6) consecutive weekends of Intermittent Confinement. The Court recommends the Bureau of Prisons designate the defendant to serve his weekend confinement at the Rensselaer County Jail facility. You will report to the facility by Friday at 6:00 PM and be released on Sunday at 6:00 PM and you shall observe the rules of that facility. The confinement shall begin following designation by the Bureau of Prisons and notification by the U.S. Marshal Service and/or the U.S. Probation Office.

**CAUSE**

On May 23, 2017, Mr. Deschano participated in a polygraph truth verification examination. During a pre test and post test interview, Mr. Deschano reported his engaging in non compliant and risk related behavior. Specifically, he reported having had contact with a 14 year old female (verbal communication) in a work environment and then going home and masturbating to mental images of the child. Additionally, he reported ongoing masturbation up to one time per week using child pornographic images he maintains in his head which he recalls from his instant offense. Lastly he provided a list of six (6) adult sexual partners since May of 2016 which he failed to report to U.S. Probation or his sex offender treatment provider, behavior considered inconsistent with his course of sex offender treatment.

In addition, to the above noted modifications, the sex offender treatment program the offender participates in has extended an offer to the offender to agree to a contract stipulating that he refrain from specific risk related behaviors. The contract was extended to the offender with his awareness that violating the contract would result in an unsuccessful discharge. The offender has agreed to the stipulations of the contract and to work diligently in sex offender treatment.

Approved by:　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Jay Driscoll　　　　　　　　　　　　　　　　　　Edward Cardinal
Supervising U.S. Probation Officer　　　　　　　Senior U.S. Probation Officer

　　　　　　　　　　　　　　　　　　　　　　　　Date: July 19, 2017

Prob 12B                                           - 2 -                          Request for Modifying the
                                                                              Conditions or Terms of Supervision
Robert Deschano                                                                    with Consent of the Offender

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*/s/ Norman A. Mordue*

Signature of Judicial Officer

July 19, 2017
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall be committed to serve six (6) consecutive weekends of Intermittent Confinement. The Court recommends the Bureau of Prisons designate the defendant to serve his weekend confinement at the Rensselaer facility. You will report to the facility by Friday at 6:00 PM and be released on Sunday at 6:00 PM and you shall observe the rules of that facility. The confinement shall begin following designation by the Bureau of Prisons and notification by the U.S. Marshal Service and/or the U.S. Probation Office.

Witness: _____
U.S. Probation Officer

Signed: _____
Supervised Releasee

Date: 7-17-17