§Prob12B1.
(7/93)

# United States District Court
## for the Northern District of New York
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano  Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months imprisonment; lifetime supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: July 29, 2014

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

**Add:** You shall comply with a curfew for a period of 60 days, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor your compliance. If such a system is used you shall pay all costs associated with the use of this system according to your ability to pay as determined by the probation officer.

## CAUSE

On December 7, 2021, Mr. Deschano participated in a polygraph truth verification examination. During a pre test and post test interview, Mr. Deschano reported his engaging in non compliant and risk related behaviors. Specifically, Mr. Deschano admitted to consuming alcohol in a social setting approximately three to four times during this past year and he has a no alcohol condition. Furthermore, Mr. Deschano admitted that approximately one year ago he may have (he claims that he cannot specifically recall if he did this or just thought about doing this) masturbated in the public restroom at his place of employment after seeing an attractive adult female customer.

In addition to the above noted modification, Mr. Deschano will be re-engaging in Sex Offender specialized treatment to assess and address his risk factors as well as undergoing a substance abuse evaluation for his continued alcohol use despite his restriction.

Approved by:

Jeannine E. Kiebart
Supervisory U.S. Probation Officer

Respectfully submitted,

Marc G. Lavigne
U.S. Probation Officer

Date: December 15, 2021

**THE COURT ORDERS**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Norman A Mordue
Signature of Judicial Officer

Dec. 15 2021
Date

PROB 49
(Rev. 6/10)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Waiver of Hearing to Modify Conditions
Of Probation of Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision.

You shall comply with a curfew for a period of 60 days, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor your compliance. If such a system is used you shall pay all costs associated with the use of this system according to your ability to pay as determined by the probation officer.

Witness: ______________________ U.S. Probation Officer

Signed: ______________________ Probationer

12-15-21
Date