§Prob12B1.
(7/93)

# United States District Court
## for the Northern District of New York
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Deschano         Case Number: 1:09-CR-383-001

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Sr. U.S. District Judge

Date of Original Sentence: May 19, 2010

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Seventy-eight (78) months imprisonment; lifetime supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: July 29, 2014

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

**Add:** You shall serve 60 days in home detention under conditions to be set by the probation officer. Your period of home detention shall begin at the earliest practicable date after your release from custody. You are required to be in your place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or vocational programs, and such other times as may be specifically authorized by the probation officer or the Court. Location and/or monitoring technology shall be used to monitor your compliance. You shall pay all costs associated with the use of this system according to your ability to pay as determined by the probation officer.

## CAUSE

Unapproved contact/interaction with minor children of friends on approximately 4-5 occasions since April of 2021. The U.S. Probation Office believes the above modification is an appropriate sanction. The defendant has agreed to the proposed modification as evidenced by the attached signed Waiver of Hearing, Form 49.

Approved by:                                Respectfully submitted,

*Jeannine E. Kiebart* (signature)           *Marc G. Lavigne* (signature)

Jeannine E. Kiebart                         Marc G. Lavigne
Supervisory U.S. Probation Officer          U.S. Probation Officer

Date: February 14, 2022

Prob 12B                  - 2 -                  Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Robert Deschano

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

2-14-2022
_____
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall serve 60 days in home detention under conditions to be set by the probation officer. Your period of home detention shall begin at the earliest practicable date after your release from custody. You are required to be in your place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or vocational programs, and such other times as may be specifically authorized by the probation officer or the Court. Location and/or monitoring technology shall be used to monitor your compliance. You shall pay all costs associated with the use of this system according to your ability to pay as determined by the probation officer.

Witness: _____
U.S. Probation Officer

Signed: _____
Robert Deschano/Supervised Releasee

_____
2-8-22
Date